Atid Malka, GA Bar #705109
*(Admitted Pro Hac Vice)*
CONSUMER ATTORNEYS
2800 N Druid Hills NE, Building A, Suite D,
Atlanta, GA 30329
T: (718) 887-2926
F: (718) 874-2914
E: amalka@consumerattorneys.com

*Attorneys for Plaintiff,*
*Kimberly Ann Kuchler*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| KIMBERLY ANN KUCHLER,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Case No**.:** 2:25-cv-01045-RJS-DAO<br><br>District Judge Robert J. Shelby<br><br>Magistrate Judge Daphne A. Oberg |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kimberly Ann Kuchler and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Experian with each party to bear their own costs and fees. There are no remaining Defendants.

1

Dated: April 9, 2026

*/s/ Atid Malka*
Atid Malka, GA Bar #705109
*(Admitted Pro Hac Vice)*
CONSUMER ATTORNEYS
2800 N Druid Hills NE, Building A, Suite D,
Atlanta, GA 30329
T: (718) 874-2914
E: amalka@consumerattorneys.com

*Attorneys for Plaintiff,*
*Kimberly Ann Kuchler*

*/s/ Vincent Dumas*
Vincent Dumas (Minnesota State Bar No. 0504416)
*(Admitted Pro Hac Vice)*
JONES DAY
110 N Wacker Dr., Suite 4800
Chicago, IL 60606
Phone: 313-269-4104
vdumas@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

By: */s/ Max Lukjanski*

2